MICHAEL M. BARANOV - Bar No. 145137
BARANOV & WITTENBERG, LLP
1901 Avenue of the Stars, Suite 1750
Los Angeles, California 90067-6056
Tel: (310) 229-3500; Fax: (310) 229-3501
Email: mbaranov@mbgwlaw.com

Attorneys for Defendants and Counter-Claimants,
QUASAR SCIENCE, LLC, CINELEASE INC., and
WARNER BROS ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING INC. dba COLT LED, a California corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>QUASAR SCIENCE, LLC, a California limited liability company; CINELEASE, INC, a Nevada corporation, WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; MANHATTAN BEACH STUDIOS LLC, a California limited liability company; DADCO, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:17-CV-07325 AB (JEMx)<br><br>**DEFENDANTS AND COUNTER-CLAIMANTS QUASAR SCIENCE, LLC, CINELEASE, INC. AND WARNER BROS. ENTERTAINMENT INC.'S REPORT TO THE COURT ON THE STATUS OF THE REEXAMINATIONS OF THE PATENTS-IN-SUIT** |

TO THIS COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants and Counter-Claimants Quasar Science, LLC, Cinelease, Inc., and Warner Bros. Entertainment Inc. hereby submit, pursuant to this Court's Order of August 21, 2018, their report of the status of the reexaminations of the patents-in suit:

# REPORT TO THE COURT ON THE STATUS OF THE REEXAMINATIONS OF THE PATENTS-IN-SUIT

## I. Introduction

On August 21, 2018, this Court ordered the parties to report the status of the Reexaminations of the patents-in-suit every 120 days. The status of these Reexaminations, as shown in the Public Patent Application Information Retrieval ("PAIR") database of the Patent & Trademark Office ("PTO") on December 18, 2018, is detailed below.

## II. Reexamination of United States Patent No. 9,719,642 (Reexam. No. 90014146).

On May 30, 2018, a Request for Ex Parte Reexamination was filed with the PTO. That Request was granted and Reexamination No. 90014146 initiated on June 18, 2018.

On October 17, 2018, the PTO issued a non-final Office Action, rejecting all claims. On November 28, 2018, Assignee Colt International Clothing, Inc. ("Colt"), requested an extension of time to respond, and a one month extension was granted. Colt now has until January 17, 2019, to respond to the Office Action. As of December 18, 2018, the PAIR database does not show any response having been filed.

## III. Reexamination of United States Patent No. 9,845,924 (Reexam. No. 90014150).

On June 12, 2018, a Request for Ex Parte Reexamination was filed with the PTO. That Request was granted and Reexamination No. 90014150 initiated on July 24, 2018.

On November 21, 2018, the PTO issued a non-final Office Action, rejecting all claims. Colt now has until January 21, 2019, to respond to the Office Action. As of December 18, 2018, the PAIR database does not show any response having been filed.

Dated: December 18, 2018

BARANOV & WITTENBERG, LLP

By: /S/ Michael M. Baranov
MICHAEL M. BARANOV, ESQ.
Attorneys for Defendants and Counter-Claimants, QUASAR SCIENCE, LLC, CINELEASE, INC. and WARNER BROS. ENTERTAINMENT INC.