Kelly W. Cunningham, Esq., No. 186,229
    *kcunningham@cislo.com*
C. Wook Pak, Esq., No. 244,780
    *wpak@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff/Counter-Defendant
Colt International Clothing, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUASAR SCIENCE, LLC, et al., <br><br> Defendants. <br><br>———————————————— <br><br> AND COUNTERCLAIMS <br> ———————————————— | Case No. 2:17-CV-07325 AB (JEMx) <br><br> **PLAINTIFF COLT INTERNATIONAL CLOTHING, INC.'S REPORT TO THE COURT ON THE STATUS OF THE REEXAMINATIONS OF THE PATENTS-IN-SUIT** |

TO THIS COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Colt International Clothing, Inc. hereby submits, pursuant to this Court's Order of August 21, 2018, its report of the status of the reexaminations proceedings of the patents-in-suit.

Colt does not disagree with the substance of Defendants' report to the Court on the status of the reexaminations of the patents-in-suit, U.S. Patent No. 9,719,642 (Reexam. No. 90/014,146) and U.S. Patent No. 9,845,924 (Reexam. No. 90/014,150).  Colt intends to file its responses in both reexaminations on or before January 17, 2019 and February 21, 2019, respectively.  After filing its responses to the office actions in the reexamination proceedings, Colt expects the Patent Office to further examine and respond within two to four months thereafter.  Both reexamination proceedings, therefore, remain ongoing at this time.

Respectfully submitted,

CISLO & THOMAS, LLP

Dated: December 19, 2018          By:     /s/Kelly W. Cunningham
                                          Kelly W. Cunningham, Esq.
                                          C. Wook Pak, Esq.

                                          Attorneys for Plaintiff
                                          Colt International Clothing Inc.

T:\17-34086\Colt's report to the court re reexamination proceedings.docx

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

1

## **<u>PROOF OF SERVICE</u>**

2

3

4

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action.  My business address is 12100 Wilshire Blvd., Suite 1700, Los Angeles, California 90025.

5

On Wednesday, December 19, 2018, I served:

6

7

8

**PLAINTIFF COLT INTERNATIONAL CLOTHING, INC.'S REPORT TO THE COURT ON THE STATUS OF THE REEXAMINATIONS OF THE PATENTS-IN-SUIT**

9

to be sent by ECF electronic mail to the following:

10

11

12

13

14

15

Michael M. Baranov, Esq.
Baranov & Wittenberg LLP
1901 Avenue of the Stars, Suite 1750
Los Angeles, California 90067
Email: mbaranov@mbgwlaw.com

*Attorneys for Defendants Quasar
Science, LLC, Cinelease, Inc., and
Warner Bros. Entertainment Inc.*

Gary A. Hecker, Esq.
James M. Slominski, Esq.
The Hecker Law Firm
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Email: ghecker@heckerlaw.com;
jslominski@heckerlaw.com

*Attorneys for Defendant Dadco, LLC*

16

17

18

19

20

21

and to be sent by First Class mail to the following:

James Daugherty; Mark Nicholas; Rick Nelson
Manhattan Beach Studios LLC
1600 Rosecrans Avenue
Manhattan Beach, California 90266

*Any representation is presently unknown to Plaintiff*

22

23

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

24

25

Executed on Wednesday, December 19, 2018, at Los Angeles, California.

26

27

  /s/Christopher Eckart
Christopher Eckart

T:\17-34086\Colt's report to the court re reexamination proceedings.docx

28