MICHAEL M. BARANOV - Bar No. 145137
BARANOV & WITTENBERG, LLP
1901 Avenue of the Stars, Suite 1750
Los Angeles, California 90067-6056
Tel: (310) 229-3500; Fax: (310) 229-3501
Email: mbaranov@mbgwlaw.com

Attorneys for Defendants and Counter-Claimants,
QUASAR SCIENCE, LLC, CINELEASE INC., and
WARNER BROS ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING INC. dba COLT LED, a California corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>QUASAR SCIENCE, LLC, a California limited liability company; CINELEASE, INC, a Nevada corporation, WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; MANHATTAN BEACH STUDIOS LLC, a California limited liability company; DADCO, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:17-CV-07325 AB (JEMx)<br><br>**DEFENDANTS AND COUNTER-CLAIMANTS QUASAR SCIENCE, LLC, CINELEASE, INC. AND WARNER BROS. ENTERTAINMENT INC.'S REPORT TO THE COURT ON THE STATUS OF THE REEXAMINATIONS OF THE PATENTS-IN-SUIT** |

TO THIS COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants and Counter-Claimants Quasar Science, LLC, Cinelease, Inc., and Warner Bros. Entertainment Inc. hereby submit, pursuant to this Court's Order of August 21, 2018, their report of the status of the reexaminations of the patents-in suit:

...

# REPORT TO THE COURT ON THE STATUS OF THE REEXAMINATIONS OF THE PATENTS-IN-SUIT

## I. Introduction

On August 21, 2018, this Court ordered the parties to report the status of the Reexaminations of the patents-in-suit every 120 days. The status of these Reexaminations, as shown in the Public Patent Application Information Retrieval ("PAIR") database of the Patent & Trademark Office ("PTO") on April 17, 2019, is detailed below.

## II. Reexamination of United States Patent No. 9,719,642 (Reexam. No. 90014146).

On May 27, 2019, the PTO issued an Ex Parte Final Action (which served as a final rejection). Claims 1-58 were considered in the Reexamination (original claims 1-19 and newly added claims 20-58). The status of the claims is as follows:

Claims 1-7, 12, 13, 15-18, 20-29, and 40-47 were rejected.
Claims 8-11, 14, and 31-39 were allowed.
Claims 19, 30, and 48-58 were objected to as being dependent on a rejected base claim.

As of April 17, 2019, the PAIR database does not show any additional events.

Colt represented that it expects to receive the Reexamination Certificate within two months, *i.e.*, by early June 2019.

## III. Reexamination of United States Patent No. 9,845,924 (Reexam. No. 90014150).

On April 2, 2019, the PTO issued a Notice of Intent to Issue Ex Parte Reexamination Certificate. Claims 1-49 were considered in the Reexamination (original claims 1-40 and newly added claims 41-49). The status of the claims is as follows:

Claims 4-5,11,17-19, 25, 31 and 37 were rejected by the PTO and cancelled by Applicant.


Claims 1-3, 6-10, 12-16, 20-24, 26-30, 32-36, and 38-49 were allowed

As of April 17, 2019, the PAIR database does not show any additional events.

Colt represented that it expects to receive the Reexamination Certificate in July 2019.

### IV.     Further PTO Review of the Two Patents.

Due to the extremely narrow and unexpected grounds for approval of the above-noted allowed claims, Defendants Quasar Science, LLC and Cinelease, Inc. are preparing Requests for Ex parte Reexamination of both of the above-referenced patents.

Dated:  April 18, 2019                    BARANOV & WITTENBERG, LLP


By:     /S/  Michael M. Baranov
          MICHAEL M. BARANOV, ESQ.
          Attorneys for Defendants and
          Counter-Claimants, QUASAR
          SCIENCE, LLC, CINELEASE, INC.
          and WARNER BROS.
          ENTERTAINMENT INC.