JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLT INTERNATIONAL CLOTHING, INC. dba COLT LED, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QUASAR SCIENCE, LLC, a California limited liability company; et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-07325 AB (JEMx)<br><br>**ORDER RE: PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1

ORDER

FOR GOOD CAUSE APPEARING, AND PURSUANT TO THE PARTIES' STIPULATION FILED ON FEBRUARY 6, 2020, THE FOLLOWING IS HEREBY ORDERED:

1. All asserted claims and counterclaims in this action are dismissed without prejudice to be potentially refiled in the future.
2. Each party shall bear its own costs and attorney fees incurred in this action.

<u>SO ORDERED.</u>

Dated: February 10, 2020         By: _____
                                    HON. ANDRÉ BIROTTE, JR.
                                    UNITED STATES DISTRICT COURT